## (November 13, 1940.)

JAMES F. CARBERRY, Respondent, v. ALFRED V. DORSCHUG and Others, Defendants, and FIRST NATIONAL BANK OF MEXICO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Motion to strike out original complaint and all references thereto from brief of appellant granted. (The order denies the motion of defendant First National Bank of Mexico for judgment on the pleadings in an action to impress an equitable lien upon property owned by defendant Alfred H. Dorschug.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Estate of CHARLES BAKER, Deceased.— Motion for resettlement of order entered December 27, 1939, granted and order amended so as to state that the decree is reversed on the facts and the matter remitted to the Surrogate's Court with directions to enter a decree revoking the limited letters of administration. [See 258 App. Div. 936.] Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRANK GUILIANO, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ERNEST CAPONE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ANTONIO GEORGE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ANTONIO STORNELLI, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. — Motion for reargument or leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

PAUL E. ISENBERG, as Administrator, etc., of MYRL ISENBERG, Deceased, Respondent, v. WILLIAM SUMMERHAYS SONS CORPORATION, Appellant.— Motion for a reargument or leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

## (November 20, 1940.)

GERALD COMBES, an Infant, by JOHN COMBES, His Guardian ad Litem, Respondent, v. LOUIS FONTANA, JOSEPH FONTANA, Defendants, and EDWARD A. BUZZELLI, Appellant. JOHN COMBES, Respondent, v. LOUIS FONTANA, JOSEPH FONTANA, Defendants, and EDWARD A. BUZZELLI, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs a new trial of the two negligence actions as against defendant Buzzelli, on the ground of newly-discovered evidence.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.